UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BROWN, | Case No. 2:20-cv-01673-JAM-JDP (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTIONS FOR CLARIFICATION RE SETTLEMENT CONFERENCE |
| v. | |
| S.H. WONG, | ECF Nos. 33, 34 |
| Defendants. | |

This case was previously set for settlement conference before Magistrate Judge Dennis M. Cota on February 25, 2021. Defendant subsequently moved to continue the settlement conference to a later date. ECF No. 31. That motion was granted, and the settlement conference was continued to April 29, 2021. ECF No. 32. Plaintiff has since filed two motions that seek clarification of the settlement conference's status and the deadline for defendant to opt out the settlement conference. ECF Nos. 33, 34. Plaintiff's motions will be granted.

A settlement conference is currently set before Judge Cota on April 29, 2021, at 9:30 a.m. The deadline for defendant to file a motion to opt out of the settlement conference has passed. *See* ECF No. 22. Accordingly, absent unforeseen circumstances, the court expects that this case will proceed with the settlement conference set for April 29, 2021.

The settlement conference will be conducted via Zoom video conferencing software. Plaintiff's attendance will be secured through the litigation coordinator at his institution. At least

1

seven days prior to the conference, the parties shall submit to Judge Cota a confidential settlement conference statement. The statements shall include: (a) names and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts made to investigate the allegations; and (e) a discussion of the efforts that have been made to settle the case. Plaintiff shall place his settlement conference statement in the U.S. mail addressed to United States Magistrate Judge Dennis M. Cota, Redding Federal Courthouse, 2986 Bechelli Lane, Redding, CA 96002. Plaintiff shall mail his settlement conference statement so that it is received by the court by no later than April 22, 2021.

IT IS SO ORDERED.

Dated:   March 18, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE