UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHARLES BROWN, | Case No. 2:20-cv-01673-JAM-JDP (PC) |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL THIRD PARTY |
| v. | ECF No. 37 |
| S.H. WONG, | |
| Defendant. | |

Plaintiff brought this action alleging that defendant violated his Eighth Amendment rights by failing adequately to treat certain foot issues. ECF No. 1 at 3. Pending before me is plaintiff's motion to compel a third party, California Department of Corrections and Rehabilitation, to photograph his feet. ECF No. 37.

As an initial matter, I stayed this action for one hundred and twenty days in my December 18, 2020 order that referred this case to the Post-Screening ADR (Alternative Dispute Resolution) Project. ECF No. 22 at 1. Plaintiff filed his motion to compel on April 9, 2021, ten days before that stay expired.[1] His motion to compel should be denied on that basis alone.

Additionally, plaintiff has not shown that a photograph of his feet taken today would be relevant to his claims. As defendant argues, he has not treated plaintiff since October 2020 and

---

[1] The settlement conference in this case is now set for June 10, 2021. ECF No. 44.

1

plaintiff has offered no argument or evidence that the current state of his feet has any probative value. *See* Fed. R. Civ. P. 26(b)(1) ("Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense . . . .").

Accordingly, plaintiff's third-party motion to compel, ECF No. 37, is denied without prejudice.

IT IS SO ORDERED.

Dated:   June 10, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2