UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BROWN,<br><br>             Plaintiff,<br><br>      v.<br><br>S.H. WONG,<br><br>             Defendant. | Case No. 2:20-cv-01673-JAM-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PERMISSION TO CONDUCT DISCOVERY<br><br>ECF No. 56 |

Plaintiff has filed a motion that requests permission to seek discovery. ECF No. 56. Shortly before that motion was filed, the court issued a scheduling order notifying the parties that they had until January 7, 2022 to conduct discovery. ECF No. 55. Accordingly, plaintiff's motion, ECF No. 56, is denied as unnecessary.

IT IS SO ORDERED.

Dated:   September 11, 2021                           _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE